**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| WILLIAM O'KANE, SYNERGY SOURCE, LLC, and AZKARTA CREST CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VERLEY SEMBRITZKY, JR., a/k/a ROCKY SEMBRITZKY, RASLI BAHARI KENYA LIMITED, GOLDIE ROSE, ROSEMARIE JOHNSON, BOUNTY OF THE OCEAN, INC., a Bahamian corporation, OCEAN HARVEST, LLC, a Delaware limited liability company, QUEST IRA INC., as trustee of the CAROLYN MENE ROTH IRA, MALCOLM MORRIS, as trustee of the MALCOLM MORRIS ROTH IRA, and CHRISTIN R. HARDIN,<br><br>Defendants. | Case No. 4:18-cv-2728<br><br>(Chief Judge Lee H. Rosenthal) |

**PLAINTIFFS' EMERGENCY MOTION TO**
**COMPEL PAYMENT OF CONDOMINIUM ASSESSMENTS AND FOR A**
**TEMORORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOW COME Plaintiffs William O'Kane ("O'Kane"), Synergy Source, LLC ("Synergy") and Azkarta Crest Corporation ("Azkarta"), and for their brief in support of their emergency motion to compel payment of condominium assessments and for a temporary restraining order and preliminary injunction (the "Motion" or "Motion to Compel") against Defendant Goldie Rose ("Rose"), state as follows:

This motion seeks injunctive relief to preserve the status quo and prevent the loss of the luxury condominium that is the subject matter of this case. For the reasons set forth in their brief filed in support of this Motion (the "Brief"), Plaintiffs request this Honorable Court to enter an order:

1.     Compelling Rose, within twenty-four (24) hours of the entry of the Court's order, to pay all the amounts owed to the Association with respect to the Kirby Condominium, including, without limitation, the Assessments and any related late charges, interest, costs and attorneys' fees;

2.     Requiring Rose, immediately upon payment, to provide Plaintiffs with proof of payment and proof that the Association has released its lien for the Assessments and all other past-due amounts;

3.     Compelling Rose to timely pay all future assessments, fees and charges owed to the Association with respect to the Kirby Condominium until the conclusion of this case;

4.     Requiring Rose to provide Plaintiffs with copies of all future written communications she receives from the Association or its agents or sends to the Association until the conclusion of this case;

5.     Requiring Rose to provide Plaintiffs with monthly reports concerning the amounts charged to her by the Association and the amounts paid by her to the Association;

6.     Requiring Rose, within twenty-four (24) hours of the entry of the Court's order, to authorize the Association and its agents to communicate with Plaintiffs and their attorneys regarding the amounts owed to the Association;

7.     Requiring Rose to authorize the Association to accept payment for any such amounts directly from Plaintiffs if Rose fails to make such payments in a timely manner;

8.     Authorizing the Association, Plaintiffs and their agents to communicate with each other regarding the amounts owed to the Association with respect to the Kirby Condominium;

9.     Authorizing the Association to accept payment from the Plaintiffs for any amounts owed to the Association with respect to the Kirby Condominium that Rose fails to pay;

10.    Prohibiting Rose from receiving or disposing of any proceeds from any sale or transfer of the Kirby Condominium; and

11.    Prohibiting any person acting in concert with or participating with Rose, or anyone else with actual or constructive notice of this Order, from disbursing or transferring to Rose any proceeds from any sale or transfer of the Kirby Condominium.

Dated:  June 12, 2020

Respectfully submitted,

**PLAINTIFFS WILLIAM O'KANE, SYNERGY SOURCE, LLC AND AZKARTA CREST CORPORATION,**

By: _____

One of their Attorneys

Beau T. Greiman
Email:  bgreiman@grglegal.com
GREIMAN, ROME & GRIESMEYER, LLC
2 North LaSalle Street, Suite 1601
Chicago, Illinois 60602
Phone: (312) 428-2750
Fax: (312) 332-2781

Wm Bruce Stanfill
Federal ID Number:  8889
Texas Bar Number:  19034350
Email:  william.stanfill@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard
Suite 2500
Houston, TX  77056
Phone:  (713) 871-6733
Fax:  (713) 960-1527

## CERTIFICATE OF CONFERENCE

On June 12, 2020, Plaintiffs' counsel emailed a draft of this Motion and the accompanying brief to counsel for all parties that have entered an appearance in this case and Defendant Goldie Rose personally.  Plaintiffs' counsel stated in the email that Plaintiffs intended to represent to the Court that the motion was opposed unless all Defendants that have appeared informed Plaintiffs' counsel otherwise within two hours.  Thereafter, two hours passed without all Defendants that have appeared informing Plaintiffs' counsel that the motion was unopposed.

By:_____

Beau Greiman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2020, I mailed a copy of the foregoing via email and U.S. Mail, postage prepaid, before 5 p.m. to Goldie Rose at the following address and email:

> Goldie Rose
> 2727 Kirby Drive, Unit 26L
> Houston, Texas 77098
> Goldie.rose@icloud.com

I further certify that I electronically filed the foregoing with the Clerk of the Court of the Southern District of Texas via the CM/ECF system, which will send notifications of such filings to the individuals registered to receive notices via email transmission with the Court's ECF system, including but not limited to:

| | |
|---|---|
| Tom F. Coleman<br>2 Sawmill Grove Ct.<br>The Woodlands, Texas 77380<br>Attorney for Christin R. Hardin | Allan D. Goldstein<br>James D. Salyer<br>Morris, Lendais, Hollrah & Snowden<br>1980 Post Oak Boulevard, Suite 700<br>Houston, Texas 77056<br>Attorneys for Quest IRA Inc., as trustee of the Carolyn Mene Roth IRA, and Malcolm Morris, as trustee of the Malcolm Morris Roth IRA |
| Alan B. Daughtry<br>Attorney at Law<br>3355 West Alabama, Ste. 444<br>Houston, TX 77098<br>Attorney for Verley Sembritzky a/k/a Rocky Sembritzky | |

Dated:  June 12, 2020

/s/ Beau T. Greiman
Beau T. Greiman (IL Bar #6225076)
GREIMAN, ROME & GRIESMEYER, LLC
2 North LaSalle Street, Suite 1601
Chicago, Illinois 60602
Phone: (312) 428-2750/Fax: (312) 332-2781
Email: bgreiman@grglegal.com